UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TORRIE L. MERRIAM**, | Civil Case No. 3:10-CV-6405-KI |
| Plaintiff, | |
| | JUDGMENT |
| v. | |
| **MICHAEL J. ASTRUE**, Commissioner of Social Security, | |
| Defendant. | |

    Kathryn Tassinari
    Robert A. Baron
    Harder, Wells, Baron & Manning, P.C.
    474 Willamette, Suite 200
    Eugene, Oregon  97401

        Attorneys for Plaintiff

Page 1 - JUDGMENT

S. Amanda Marshall
United States Attorney
District of Oregon
Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

Jeffrey R. McClain
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

      Attorneys for Defendant


KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby AFFIRMED.

    Dated this         23rd         day of February, 2012.


                                        /s/ Garr M. King
                                      Garr M. King
                                      United States District Judge