UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**TORRIE L. MERRIAM**,                                    Civil Case No. 3:10-CV-6405-KI

        Plaintiff,

                                JUDGMENT

            v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

        Defendant.


        Kathryn Tassinari
        Robert A. Baron
        Harder, Wells, Baron & Manning, P.C.
        474 Willamette, Suite 200
        Eugene, Oregon  97401

                Attorneys for Plaintiff

S. Amanda Marshall
United States Attorney
District of Oregon
Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

Jeffrey R. McClain
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

      Attorneys for Defendant


KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby AFFIRMED.

      Dated this _____23rd_____ day of February, 2012.


          _/s/ Garr M. King_____
          Garr M. King
          United States District Judge